# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 23-MJ-353** |
| | : | |
| **KYLE TRAVIS COLTON** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| Defendant. | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **KYLE TRAVIS COLTON** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: */s/ Sonia W. Murphy*
SONIA W. MURPHY
Trial Attorney
D.C. No. 483072
United States Attorney's Office
District of Columbia
(202) 305-3067
Sonia.Murphy@usdoj.gov