UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:24-CR-431 RDM |
| | : | |
| **KYLE COLTON,** | : | |
| | : | |
| **Defendant.** | : | |

**SENTENCING MEMORANDUM**

Defendant, Kyle Colton, by counsel, submits the following sentencing memorandum to assist the Court in sentencing. Defense requests a sentence of probation with home confinement.

Defense has no objection to the pre-sentence report.

Defense requests the Court allow sentencing by zoom pursuant to the defendant's unopposed motion to waive presence ECF 31 which was filed on October 1, 2024 and is pending the Court's ruling.

Defense asks the Court to impose no incarceration as is recommended by §5C1.2 Application Note 10 for zero-point offenders who are in Zone A:

> Zero-Point Offenders in Zones A and B of the Sentencing Table. If the defendant received an adjustment under §4C1.1 (Adjustment for Certain Zero Point Offenders) and the defendant's applicable guideline range is in Zone A or B of the sentencing table a sentence other than a sentence of imprisonment in accordance with subsection (b) or (c)(3) is generally appropriate.

§5C1.2 cmt. 10.   Defense notes that this application note was only added effective November 2024, and is intended to reduce incarceration below levels which existed when many other January 6 defendants received sentences.   The disparity between defendants sentenced to lower sentences under reduced guidelines cannot be considered "unwarranted disparity" under 18 U.S.C. § 3553,

because otherwise the guideline commission could never change the guidelines up or down.

For example, Mr. Harris was sentenced to 7 months in 1:21CR-274 RDM months before the Sentencing Commission added this recommendation. According to the Government's sentencing memorandum in that case Mr. Harris was facing a guideline range of 8-14 months which seems to be offense level 11 and much higher than Mr. Colton's offense level 6. See 1:21-cr-274 ECF 55 page 1 fn. 1. Mr. Suleski was also sentenced in 2022 before the zero-point offender policy drastically reduced recommended sentences for zone A misdemeanor defendants. *See U.S. v. Suleski*, 1:21-cr-376-RDM ECF 43 p. 21 (noting the offense level of 6 for both trespass and theft combined).

The other sentencing factor that weighs in favor of a sentence lower than 60 days is that Mr. Colton is facing separate child pornography charges that were only discovered as a result of his commission of this January 6th offense. These other charges makes a pardon much less likely. If he pleads guilty in that Sacramento case he is likely facing a guideline range of at least 78-97 months with acceptance of responsibility which would increase to 87-108 months if he receives a sentence of 60 days or more in this case. This means that a 3-months sentence is likely to really be a 12-month increase in total punishment caused by sentence for the January 6th conduct. A sentence of 30 days would be more than sufficient to address all of the §3553 factors.

Mr. Colton also lost his employment and may have great difficulties reestablishing a life. He regrets his involvement more than most January 6 defendants.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender
                                                Eastern District of California
                                                CA Bar Number 122664

Date: January 8, 2025                   By:    */s/ Douglas Beevers*
                                                DOUGLAS BEEVERS
                                                Assistant Federal Defender
                                                Eastern District of California
                                                CA Bar Number 288639
                                                801 I Street, 3rd Floor
                                                Sacramento, CA 95814
                                                T: (916) 498-5700
                                                F: (916) 498-5710
                                                douglas_beevers@fd.org